

Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
T (312) 460-5000
F (312) 460-7000

edfoley@seyfarth.com
T (312) 460-5504

www.seyfarth.com

January 30, 2025

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

**Re:** **Kelli Wilson v. Aim Specialty Health**
**Appeal No. 23-3418**
**Oral Argument Scheduled: February 4, 2025**

To Whom It May Concern:

Pursuant to Appellate Rule 28(j), AIM Specialty Health ("AIM") objects to Appellant, Kellie Wilson's ("Wilson") "supplemental authority," provided to the Court on January 29, 2025.

While *Vichio v. US Foods, Inc.*, 88 F4th 687 (7th Cir. 2023), "may have come to [Wilson's] attention after [her] brief [had] been filed," (*see* F.R.A.P. 28(j)), this case existed well before her opening brief was filed.  And neither party referenced that case in the briefs currently pending before the Court.  For this reason alone, the Court should not allow Wilson's untimely attempts to insert this case into the Court's consideration of this matter.

Moreover, the case is factually distinguishable on several fronts: it is an ADA case (not a race/1981 claim) nor does not it address the pay and promotion claims at issue here.  Further, Wilson seeks to circumvent the *prima facie* analysis for both her "equal pay" and "failure to promote" claims, asking the Court to skip over these arguments, when AIM has argued on appeal that she cannot satisfy these preliminary requirements.

For these reasons, AIM asks the Court to deny Wilson's request and to disregard the *Vichio* case in its entirety for purposes of the arguments to be held next week.

Very truly yours,

SEYFARTH SHAW LLP

*Erin Dougherty Foley*

Erin Dougherty Foley

cc: All counsel of record